**Order entered April 26, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00344-CV

### DIANA FAY BASS, Appellant

### V.

### RICHARD H. BASS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-54722-2015**

## ORDER

We **GRANT** appellant's April 21, 2016 motion for waiver of the filing fee. Appellant is

indigent and allowed to proceed without advance payment of costs.

/s/     ELIZABETH LANG-MIERS
JUSTICE